IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLIE DALE FOULKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:09-CV-00047-LMB |
| | ) | |
| JUSTIN DEAN WATSON, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S WITNESS AND EXHIBIT LIST

COMES NOW Defendant Watson, by and through counsel, Assistant Attorney General Ted Bruce, and submits the following list of witnesses and exhibits for trial:

### Witnesses

**The Defendant will call:**

1. Defendant Justin Watson
2. Rick Plunk

**The Defendant may call:**

3. Larry White
4. Marsha Tackett

### Exhibit List

A-1   Advanced Healthcare Record:  Initial Evaluation dated February 9, 2007

A-2   Advanced Healthcare Record:  Follow-up Visit dated February 22, 2007

A-3   Advanced Healthcare Record:  Follow-up Visit dated October 12, 2009

A-4   Advanced Healthcare Record:  Follow-up Visit dated March 16, 2005

A-5   Advanced Healthcare Record:  Follow-up Visit: Amy Holland – dated August 12, 2005

A-6   Advanced Healthcare Record:  Follow-up Visit dated May 11, 2004

A-7   Advanced Healthcare Record:  Follow-up Visit dated April 30, 2004

A-8   Advanced Healthcare Record:  Follow-up Visit dated April 24, 2004

B-1   Ripley County Memorial Hospital: ER – Dr. Ramasamy – dated April 24, 2004

B-2   Ripley County Memorial Hospital: ER – Dr. Ramasamy – dated April 25, 2004

B-3   Ripley County Memorial Hospital: ER – Dr. Ramasamy – dated April 25, 2004

B-4   Ripley County Memorial Hospital: ER – Dr. Ramasamy – dated April 25, 2004

B-5   Ripley County Memorial Hospital: ER – dated April 24, 2004

B-6   Ripley County Memorial Hospital: ER – dated April 24, 2004

C-1   Lamoureux Chiropractic Clinic: Visit dated May 28, 1992

C-2   Lamoureux Chiropractic Clinic: Correspondence dated February 12, 1993

C-3   Lamoureux Chiropractic Clinic: Visit dated October 3, 1996

C-4   Lamoureux Chiropractic Clinic: Report dated October 7, 1996

C-5   Lamoureux Chiropractic Clinic: Visit dated January 16, 2003

C-6   Lamoureux Chiropractic Clinic: Self-Report dated (January) 2003

C-7   Lamoureux Chiropractic Clinic: Self-Report dated June 3, 2003

C-8   Lamoureux Chiropractic Clinic: Correspondence dated June 17, 2003

C-9   Lamoureux Chiropractic Clinic: Report dated December 9, 2003

C-10  Lamoureux Chiropractic Clinic: Patient Notes (4/9/91 – 4/13/92)

D-1   Neurosurgical Associates of Northeast Arkansas: Visit dated January 9, 2007

D-2     Neurosurgical Associates of Northeast Arkansas: Visit dated January 9, 2007

E-1     Cape Neurosurgical Associates, PC: Follow-Up Visit dated July 27, 2004

E-2     Cape Neurosurgical Associates, PC: Initial Visit dated May 27, 2004

E-3     Cape Neurosurgical Associates, PC: Follow-Up Visit dated August 23, 2005

E-4     Cape Neurosurgical Associates, PC: Past Medical History

E-5     Cape Neurosurgical Associates, PC: Report dated May 4, 2004

E-6     Cape Neurosurgical Associates, PC: Visit dated November 3, 2005

F-1     Lamoureux Chiropractic Centre:  Patient Notes (04/09/91 – 04/13/92)

F-2     Lamoureux Chiropractic Centre:  Patient Notes (04/09/91 – 04/13/92)

F-3     Lamoureux Chiropractic Centre:  Patient Notes (04/15/92 – 06/23/95)

F-4     Lamoureux Chiropractic Centre:  Patient Notes (06/26/96 – 11/07/98)

F-5     Lamoureux Chiropractic Centre:  Patient Notes (11/07/00 – 04/09/03)

F-6     Lamoureux Chiropractic Centre:  Patient Notes (04/10/03 – 08/06/03)

F-7     Lamoureux Chiropractic Centre:  Patient Notes (08/13/03 – 02/15/05)

G       Dr. David Yingling:  Follow-up Visit dated August 23, 2005

H       Dr. Todd Stewart:  Consultation dated December 13, 2004

I       Dr. Gibbs' report dated May 7, 2010

J-1     Dr. Gibbs' report dated February 13, 2009

J-2     Dr. Gibbs' report dated February 13, 2009

J-3     St. Francis Medical Center – Operation Record dated November 19, 2007

J-4     Radiology Report:  Dr. Sunjay Fonn – dated February 16, 2009

J-5     Dr. Annamarie Guidos Report dated February 27, 2009

J-6     Dr. Gibbs' report dated March 11, 2009 (2 pgs.)

J-7     Dr. Gibbs' report dated March 17, 2009

J-8     Dr. Gibbs' report dated March 17, 2009

J-9     Dr. Gibbs – Operation Report dated April 22, 2009

J-10    Dr. Gibbs' report dated May 1, 2009

J-11    Dr. Gibbs' report dated June 10, 2009

J-12    Dr. Gibbs' report dated April 9, 2010

J-13    Dr. Gibb's report dated Feb. 13, 2009

K       Chiropractor's History and notes

L       Video of car stop, April 24, 2004

M       Video of initial entry into Jail, April 24, 2004

N       Video of Plaintiff in Jail cell, April 24, 2004

O       Video of Plaintiff's release from jail, April 24, 2004

P       Plaintiff's answers to interrogatories

Q       Plaintiff's income summary, 2003-2009

R       Plaintiff's temporary driver's license.

S       Handcuffs

T       Report of Larry White, April 19, 2004

U       Report of Larry White, September 15, 2003

V       Report of Ben Gall, March 5, 2003

W       Report of Mark Capps, November 1, 2001

X       Judgment of December 22 , 2003

Y  Alcohol influence report, March 2003

Z  Section 575.150, RSMo.

AA  DOR letter regarding reinstatement of license

             Respectfully submitted,

             **CHRIS KOSTER**
             Attorney General

             /s/ *Theodore A. Bruce*
             **THEODORE A. BRUCE**
             Assistant Attorney General
             Missouri Bar No. 29687

             P. O. Box 899
             Jefferson City, MO  65102
             (573) 751-0782 Office
             (573) 751-0924 Fax
             ted.bruce@ago.mo.gov

             ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record by electronic means on this 9th day of August, 2010:

  Michelle V. Stallings
  MARK ZOOLE & ASSOCIATES
  1200 S. Big Bend Blvd.
  St. Louis, MO  63117

  Stephen M. Ryals
  RYALS & BREED, P.C.
  3120 Locust Street
  St. Louis, MO  63103

             /s/ *Theodore A. Bruce*
             THEODORE A. BRUCE