EXHIBIT LIST

**PLAINTIFF:** Foulks

**VS**

**DEFENDANT:** Watson

**DATE:** 8/30/10

**CASE NO.:** 1:09CV47 LMB

FILED SEP - 1 2010 U.S. DISTRICT COURT EASTERN DISTRICT OF MO

**EXHIBITS FOR PLTFF**

1. video of pull-over/traffic stop
2. (circled) Watson's report of incident (#2 entered w/ limitations)
3. 
4. (circled)
5. (circled)
6. (circled)
7. (circled)
8. (circled)
9. (circled)
10. (circled)
11. (circled)
12. (circled)
13. (circled)
14. (circled)
15. (circled) Hospital records
16. (circled)
17. (circled)
18. (circled)
19. (circled)
20. (circled)

**EXHIBITS FOR DEFT**

A. (A-1) (A-7)
B. (B-3) (B-2) (B-5)
C. (C-5) (C-10) (C-1)
D. 
E. (E-1)
F. 
G. 
H. 
I. 
J. (J-1) -
K. (circled)
L. 
M. (M-1) (M-2)
N. (N-2)
O. (circled) video of jail
P. 
Q. 
R. 
S. handcuffs
T. 

EXHIBITS: RETAINED BY COUNSEL( )
        LEFT WITH CLERK( )

EXHIBITS: RETAINED BY COUNSEL( )
        LEFT WITH CLERK( )

EXHIBIT LIST

PAGE 2

| | |
|---|---|
| (21). _____ | U. _____ |
| (22). _____ | V. _____ |
| (23). _____ | W. _____ |
| (24). _____ | X. _____ |
| (25). _____ | Y. _____ |
| (26). _____ | Z. _____ |
| (27). _____ | AA. _____ |
| (28). _____ | BB. _____ |
| (29). _____ | CC. _____ |
| (30.) *cert. medical records* | DD. _____ |
| (31). _____ | EE. _____ |
| (32). _____ | FF. _____ |
| (33). _____ | GG. _____ |
| (34). _____ | HH. _____ |
| (35). _____ | II. _____ |
| (36). _____ | JJ. _____ |
| (37). _____ | KK. _____ |
| (38). _____ | LL. _____ |
| (39). _____ | MM. _____ |
| (40). _____ | NN. _____ |
| (41). _____ | OO. _____ |
| (42). _____ | PP. _____ |
| (43). _____ | QQ. _____ |
| (44). _____ | RR. _____ |

EXHIBIT LIST

PAGE 3

EXHIBIT LIST

PAGE 3

45. _____    SS. _____
46. _____    TT. _____
(47.) _____    UU. _____
(48.) _____    VV. _____
(49.) _____    WW. _____
(50.) _____    XX. _____
(51.) _____    YY. _____
(52.) _____    ZZ. _____
53. (53-A) (53-B) (53-C) _____    3A. _____
54. _____    3B. _____
55. _____    3C. _____
56. _____    3D. _____
57. _____    3E. _____
58. _____    3F. _____
59. _____    3G. _____
60. _____    3H. _____
61. _____    3I. _____
62. _____    3J. _____
63. _____    3K. _____
64. _____    3L. _____
65. _____    3M. _____
66. _____    3N. _____
67. _____    3O. _____
68. _____    3P. _____